**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ELIZABETH D. BLALOCK and STACEY D. MILLER, on behalf of themselves and all others similarly situated, *Plaintiffs*, v. CASEY'S GENERAL STORES, INC., *Defendant*. | Civil Case No. 4:25-cv-00113-SMR-SBJ **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs, Elizabeth D. Blalock and Stacey D. Miller, on behalf of themselves and the Class Members, respectfully move this Court for an Order granting preliminary approval of their Class Action Settlement Agreement with Defendant Casey's General Stores, Inc., preliminarily certifying the Settlement Class, appointing Siri & Glimstad LLP as Class Counsel, approving the Settlement Notice, and scheduling a Final Approval Hearing. In support of this Motion, Plaintiffs rely on the Memorandum of Law filed herewith, the accompanying declaration of the named Plaintiffs' counsel, Oren Faircloth, Esq., along with the exhibits thereto.

Dated: April 22, 2026

Respectfully submitted,

/s/ *Oren Faircloth*

**SIRI & GLIMSTAD LLP**
Oren Faircloth (*pro hac vice*)
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
E: ofaircloth@sirillp.com

**KOLEY JESSEN P.C., L.L.O.**
Adam J. Wachal, # AT0010448
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE  68124-1079
Phone: (402) 390-9500
Fax: (402) 390-9005
Adam.Wachal@koleyjessen.com

*Attorneys for Plaintiffs and the Proposed Class*

ii